3688

# United States District Court

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | : |
| Plaintiff, | : |
| vs. | : |
| | : SUMMONS IN A CIVIL CASE |
| DANIEL E. ROTHENBERG and JULIAN | : CASE NUMBER: |
| COHEN, as Trustees under the Old | : |
| Chest-Hill Trust, a established by | : |
| Indenture of Trust dated as of April 21, | : |
| 1978, | : **05 ̃ 11 0 13 RGS** |
| Defendants. | : |
| _____/ | : |
| | : |

To:    DANIEL E. ROTHENBERG and JULIAN COHEN, as Trustees under the Old Chest-Hill Trust,
        established by Indenture of Trust dated as of April 21, 1978

By Serving:

        JULIAN COHEN, Trustee
        2 Commonwealth Avenue
        Boston, MA 02116

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

John P. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel: (305) 891-5199
Fax: (305) 893-9505
lfuller@fullerfuller.com

Jay M. Rosen, Esq.
and George Skogstrom, Esq.
Schlossberg & Associates, P.A.
35 Braintree Hill, Suite 303
Braintree, MA 02185
(781) 848-5028

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this
Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this
Court within a reasonable period of time after service.

RNTON

_____
Date    5- 16 05

Deputy Clerk

New Opening-Documents/Chestnut Hill Shopping Center (MA) (4-15-05).wpd

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 05CV11013RGS

Plaintiff:
**GEORGE IVERSON**

vs.

Defendant:
**DANIEL E. ROTHENBERG AND JULIAN COHEN, AS TRUSTEES UNDER THE OLD CHEST-HILL TRUST, A ESTABLISH BY INDEN TURE OF TRUST DATED AS OF APRIL 21, 1978**

For:
FULLER ,FULLER&ASSOC.
12000 Biscayne Blvd
609
North Miami, FL  33181

Received by Boston Due Process to be served on **JULIAN COHEN TRUSTEE 2 COMMONWEALTH AVENUE** **BOSTON,MA 02116**. under the Old Chest-Hill Trust, established by Indenture of Trust dated as of April 21,

I, Mark C.Gaisford, do hereby affirm that on the **17th day of May, 2005** at **2:51 pm, I:**          1978

**Individually Served** the within named person with a true copy of this **SUMMONS AND COMPLAINT** with the date and hour endorsed thereon by me, pursuant to State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a sworn Constable, in good standing, in the municipality in which the process was served.

**Mark C.Gaisford**
Constable - Boston P-146

**Boston Due Process**
P.O. Box 87
Boston, MA  02130-0100
(617) 469-3100

Our Job Serial Number: 2005000178
1222584

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f