3688

# United States District Court

## DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

    Plaintiff,

vs.

DANIEL E. ROTHENBERG and JULIAN COHEN, as Trustees under the Old Chest-Hill Trust, established by Indenture of Trust dated as of April 21, 1978,

    Defendants.

: SUMMONS IN A CIVIL CASE
: CASE NUMBER:
:
: 05-11013 RGS

To: DANIEL E. ROTHENBERG and JULIAN COHEN, as Trustees under the Old Chest-Hill Trust, established by Indenture of Trust dated as of April 21, 1978

By Serving:

    DANIEL E. ROTHENBERG, Trustee
    1330 Boylston St.
    Newton, MA 02464

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

| | |
|---|---|
| John P. Fuller, Esq. | Jay M. Rosen, Esq. |
| Fuller, Fuller & Associates, P.A. | and George Skogstrom, Esq. |
| 12000 Biscayne Blvd., Suite 609 | Schlossberg & Associates, P.A. |
| North Miami, FL 33181 | 35 Braintree Hill, Suite 303 |
| Tel: (305) 891-5199 | Braintree, MA 02185 |
| Fax: (305) 893-9505 | (781) 848-5028 |
| lfuller@fullerfuller.com | (781 848-5096 |

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

    5-16-05
    Date

Clerk
(By) Deputy Clerk

New Opening Document Chestnut Hill Shopping Center (MA) (4-15-05).wpd


# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 05CV11013RGS

Plaintiff:
**GEORGE IVERSON**

vs.

Defendant:
**DANIEL E. ROTHENBERG AND JULIAN COHEN, AS TRUSTEES UNDER THE OLD CHEST-HILL TRUST, A ESTABLISH BY INDEN TURE OF TRUST DATED AS OF APRIL 21, 1978**

For:
FULLER ,FULLER&ASSOC.
12000 Biscayne Blvd
609
North Miami, FL 33181

Received by Boston Due Process to be served on **DANIEL E. ROTHENBERG TRUSTEE 1330 BOYLSTON STREET NEWTON,MA 02464**. under the Old Chest-Hill Trust, established by Indenture of Trust dated as of April 21, 1978

I, Mark C.Gaisford, do hereby affirm that on the **17th day of May, 2005 at 4:48 pm**, I:

**Individually Served** the within named person with a true copy of this **SUMMONS AND COMPLAINT** with the date and hour endorsed thereon by me, pursuant to State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a sworn Constable, in good standing, in the municipality in which the process was served.

_____
**Mark C.Gaisford**
Constable - Boston P-146

**Boston Due Process**
**P.O. Box 87**
**Boston, MA 02130-0100**
**(617) 469-3100**

Our Job Serial Number: 2005000179

1222583

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f