UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>          Plaintiff,<br><br>v.<br><br>DANIEL E. ROTHENBERG and JULIAN COHEN, as Trustee under the Old Chest-Hill Trust, established by Indenture of Trust dated as of April 21, 1978,<br><br>          Defendants. | Case Number:1:05-cv-11013-RGS<br><br>**MOTION OF THE PLAINTIFF TO PERMIT COUNSEL JOHN PAUL FULLER TO APPEAR _PRO HAC VICE_**<br><br>RECEIPT # 65906<br>AMOUNT $ 50.00<br>BY DPTY CLK _GK_<br>7/28/05 |

In accordance with Local Rule 83.5.3(b) of the United States District Court District of Massachusetts, governing the admission and practice of attorneys in said District Court, the undersigned respectfully moves for the admission of **John P. Fuller, Esquire**, 12000 Biscayne Blvd., Suite 609, North Miami, Florida 33181, (305) 891-5199, for the purpose of appearing as counsel on behalf of Plaintiff, George Iverson, in the above-styled case.

    John P. Fuller certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Florida Bar; and that he is admitted to the United States District Court for the Southern, Middle and Northern Districts of Florida; the United States District Court for the Southern and Northern Districts of Texas; as well as the United States Court of Appeals for the Fifth and Eleventh Circuits. Mr. Fuller's Florida Bar Number is 0276847. There are no disciplinary proceedings against Mr. Fuller in any jurisdiction. Certificates of Good Standing from the Florida Bar and the U.S. District Court for the Southern District of Florida are attached hereto as Exhibit A. Mr. Fuller is a partner with the law firm of Fuller, Fuller & Associates, P.A. and has been

a member of the Florida Bar for over twenty (20) years. An Affidavit of John P. Fuller in Support of this Motion to Admit Counsel *Pro Hac Vice* is attached hereto as <u>Exhibit B</u>.

In further support of this Motion, it is hereby stated that Jay M. Rosen is a member of the Bar of this Court. He is also a person to whom the Court and counsel may readily communicate and upon whom papers may be served.

Mr. Fuller is familiar with the Local Rules of the United States District Court for the District of Massachusetts and his application for leave to practice in this Court is on Motion of a member of the Bar of this Court, who has already appeared as counsel for the Plaintiff, George Iverson. Additionally, Mr. Fuller has submitted the required $50.00 filing fee to the Clerk of the U.S. District Court.

WHEREFORE, the Plaintiff requests that this Court grant John P. Fuller permission to appear before this Court *pro hac vice*.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Plaintiff has conferred with counsel for the Defendants and that the counsel for Defendants has assented to the foregoing Motion.

Respectfully submitted,

Jay M. Rosen   w/p TLD  7/27/05
Jay M. Rosen, Esq. (BBO #659842)
George Skogstrom, Esq. (BBO #552725)
Schlossberg & Associates, P.A.
*Co-Counsel for Plaintiffs*
35 Braintree Hill, Suite 303
Braintree, MA 02185
(781) 848-5028
(781) 848-5096 - Fax
jrosen@sabusinesslaw.com
gskogstrom@sabusinesslaw.com

TLD:jl
Pro Hac Vice -- jpf.wpd