UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL E. ROTHENBERG and JULIAN COHEN, as Trustee under the Old Chest-Hill Trust, established by Indenture of Trust dated as of April 21, 1978, <br> Defendants. | Case Number:1:05-cv-11013-RGS |

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____
Mr. George Iverson

_____
Jay M. Rosen, Esq. (BBO #659842)
and George Skogstrom, Esq. (BBO #552725)
Schlossberg & Associates, P.A.
*Co-Counsel for Plaintiffs*
35 Braintree Hill, Suite 303
Braintree, MA 02185
(781) 848-5028
(781) 848-5096 - Fax
jrosen@sabusinesslaw.com
gskogstrom@sabusinesslaw.com

TLD:jl
Inital Documents required by rules TLD (jl 7-18-05).wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this  11  day of  August, 2005 to: Leonard H. Freiman; Gouston & Storrs; 400 Atlantic Avenue, Boston, MA 02110-3333.

The Plaintiff by his Attorneys:

By: _____
Jay M. Rosen, Esq. (BBO # 659842)

TLD:jl
Initial Documents required by rules of TLD (jl 7-18-05).wpd