## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE IVERSON, Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-CV-11013-RGS |
| ) | |
| DANIEL E. ROTHENBERG and ) | |
| JULIAN COHEN, as Trustees under ) | |
| the Old Chest-Hill Trust, established ) | |
| by Indenture of Trust dated as of ) | |
| April 21, 1978, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Ellen C. Meyer as co-counsel for Defendants in the above-captioned matter.

        DANIEL E. ROTHENBERG AND JULIAN COHEN, AS TRUSTEES UNDER THE OLD CHEST-HILL TRUST, ESTABLISHED BY INDENTURE OF TRUST DATED AS OF APRIL 21, 1978,

        By their attorneys,

        /s/ Ellen C. Meyer
        Leonard H. Freiman (BBO# 560233)
        Ellen C. Meyer (BBO# 647643)
        GOULSTON & STORRS
        A Professional Corporation
        400 Atlantic Avenue
        Boston, Massachusetts 02110-3333
        (617) 482-1776
        lfreiman@goulstonstorrs.com
        emeyer@gousltonstorrs.com

Dated: September 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2005, I served copies of the foregoing document by causing copies thereof to be forwarded in the manner indicated below to:

(via first class mail)
John P. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL  33181

(via first class mail)
Jay M. Rosen
George Skogstrom
SCHLOSSBERG & ASSOCIATES, P.A.
35 Braintree Hill, Suite 303
Braintree, MA 02185

        /s/ Ellen C. Meyer
        Ellen C. Meyer

GSDOCS\1524204.1