**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| GEORGE IVERSON, Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-CV-11013-RGS |
| ) | |
| DANIEL E. ROTHENBERG and ) | |
| JULIAN COHEN, as Trustees under ) | |
| the Old Chest-Hill Trust, established ) | |
| by Indenture of Trust dated as of ) | |
| April 21, 1978, ) | |
| ) | |
| Defendants. ) | |

**JOINT SCHEDULING STATEMENT**
**PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1(D)**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), the parties submit the following joint statement in connection with the Scheduling Conference to be held on September 22, 2005 at 3:15 p.m.

1. **Matters to be Discussed at Conference.** The parties will appear prepared to discuss the following issues:

    a. A proposed pre-trial schedule for the case that includes the plan for discovery and deadlines;

    b. Anticipated dispositive and pre-trial motions;

    c. Alternative dispute resolution; and

    d. Settlement.

2. **Procedural Motions and other Pending Matters**. There are no pending motions currently before the Court.

3.  **Schedule for Discovery.**  The parties have agreed on the following case schedule:

| Event | Agreed Deadline |
| --- | --- |
| Fed.R.Civ.P. 26(a)(C)-(D) disclosures | September 15, 2005 |
| Fed.R.Civ.P. 26(a)(A)-(B) disclosures | September 15, 2005 with supplements taken as necessary |
| Plaintiffs' expert reports (Fed.R.Civ.P. 26(a)(2)) | December 16, 2005 |
| Motions to add parties or amend pleadings | February 1, 2006 |
| Defendants' expert reports (Fed.R.Civ.P. 26(a)(2)) | February 1, 2006 |
| Close of discovery (except expert discovery) | February 28, 2006 |
| Summary judgment motions | March 15, 2006 |
| Close of expert discovery | April 13, 2006 |
| All other motions, excluding motions in limine | April 13, 2006 |

4.  **Discovery Limits.**  The parties have agreed that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(C).  The parties have further agreed that all discovery requests must be propounded no later than 33 days prior to the close of discovery.  Each party shall reserve its or his right to seek by motion additional discovery, with good cause shown.

5.  **Settlement.**  The parties have agreed that settlement is likely, but do not at this time request a settlement conference before a Magistrate Judge.

6.  **Trial by Magistrate Judge**.  At this time, the parties are not prepared to consent to trial by a Magistrate Judge.

7.  **Budget and Alternative Dispute Resolution.**  Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of alternative dispute resolution.  The parties are willing to participate in mediation in an attempt

to resolve this matter and have agreed on, or will attempt to agree upon, a mutually acceptable mediator.  The parties will file their certifications required pursuant to Local Rule 16.1(D)(3) under separate covers.

8. **Modification of Schedule**.  All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion of the Court for good cause shown.

Counsel for Plaintiff:

By: /s/ John P. Fuller
   John P. Fuller
   FULLER, FULLER AND ASSOC., P.A.
   *Co-Counsel for Plaintiffs*
   12000 Biscayne Blvd., Suite 609
   North Miami, FL 33181
   Tel.: (305) 891-5199
   Fax:  (305) 893-9505
   jpf@fullerfuller.com

   Jay M. Rosen
   and George Skogstrom
   SCHLOSSBERG & ASSOCIATES, P.A.
   *Co-Counsel for Plaintiffs*
   35 Braintree Hill, Suite 303
   Braintree, MA 02185
   Tel.: (781) 848-5028
   Fax: (781) 848-5096
   jrosen@sabusinesslaw.com

   Dated:  September 1, 2005

Counsel for Defendants:

By: /s/ Leonard H. Freiman
   Leonard H. Freiman (BBO# 560233)
   Ellen C. Meyer (BBO# 647643)
   GOULSTON & STORRS
   400 Atlantic Avenue
   Boston, MA 02110-3333
   Tel.: (617) 482-1776
   Fax: (617) 574-4112
   lfreiman@goulstonstorrs.com
   emeyer@goulstonstorrs.com

   Dated:  September 1, 2005

**SO ORDERED**, this ___ day of _____, 2005, in Boston, Massachusetts.

_____
United States District Court Judge