UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL E. ROTHENBERG and ) <br> JULIAN COHEN, as Trustees under ) <br> the Old Chest-Hill Trust, established ) <br> by Indenture of Trust dated as of ) <br> April 21, 1978, ) <br> ) <br> Defendants. ) | Case No. 05-CV-11013-RGS |

### RULE 16.1(D)(3) CERTIFICATION OF DEFENDANTS DANIEL E. ROTHENBERG AND JULIAN COHEN, AS TRUSTEES UNDER THE OLD CHEST-HILL TRUST, ESTABLISHED BY INDENTURE OF TRUST DATED AS OF APRIL 21, 1978

The below listed defendants and their counsel hereby certify that they have complied with Local Rule 16.1(D)(3) and have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DANIEL E. ROTHENBERG

_____
As Trustee Under the Old Chest-Hill Trust,
Established By Indenture of Trust
Dated as of April 21, 1978

Dated: September _1_, 2005

JULIAN COHEN

_Julian Cohen_
As Trustee under the Old Chest-Hill Trust
Established By Indenture of Trust
Dated as of April 21, 1978

Dated: September 1, 2005

By their attorneys,

_/s/ Leonard H. Freiman_
Leonard H. Freiman (BBO# 560233)
Ellen C. Meyer (BBO# 647643)
GOULSTON & STORRS
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776
lfreiman@goulstonstorrs.com
emeyer@gousltonstorrs.com

Dated: September 1st, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2005, I served copies of the foregoing document by causing copies thereof to be forwarded in the manner indicated below to:

(via first class mail)
John P. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181

(via first class mail)
Jay M. Rosen
George Skogstrom
SCHLOSSBERG & ASSOCIATES, P.A.
35 Braintree Hill, Suite 303
Braintree, MA 02185

_/s/ Leonard H. Freiman_
Leonard H. Freiman

-2-