## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GEORGE IVERSON, Individually, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05-CV-11013-RGS |
| DANIEL E. ROTHENBERG and JULIAN COHEN, as Trustees under the Old Chest-Hill Trust, established by Indenture of Trust dated as of April 21, 1978, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff George Iverson and Defendants Daniel E. Rothenberg and Julian Cohen stipulate and agree that the above-captioned action is dismissed with prejudice and without costs or fees.

| Counsel for Plaintiff: | Counsel for Defendants: |
|---|---|
| By: /s/ John P. Fuller<br>John P. Fuller<br>FULLER, FULLER AND ASSOC., P.A.<br>*Co-Counsel for Plaintiffs*<br>12000 Biscayne Blvd., Suite 609<br>North Miami, FL 33181<br>Tel.: (305) 891-5199<br>Fax: (305) 893-9505<br>jpf@fullerfuller.com<br><br>Dated: March 21, 2006 | By: /s/ Leonard H. Freiman<br>Leonard H. Freiman (BBO# 560233)<br>Ellen C. Meyer (BBO# 647643)<br>GOULSTON & STORRS<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>Tel.: (617) 482-1776<br>Fax: (617) 574-4112<br>lfreiman@goulstonstorrs.com<br>emeyer@goulstonstorrs.com<br><br>Dated: March 21, 2006 |

By: /s/ Jay M. Rosen
   Jay M. Rosen
and George Skogstrom
SCHLOSSBERG & ASSOCIATES, P.A.
*Co-Counsel for Plaintiffs*
35 Braintree Hill, Suite 303
Braintree, MA 02185
Tel.: (781) 848-5028
Fax: (781) 848-5096
jrosen@sabusinesslaw.com

Dated: March 21, 2006


1594137